967 A.2d 376

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**James Edward HARLEY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 12, 2008.

Decided Dec. 17, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the appeal is dismissed as improvidently granted.